1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8
9   Michael Allen Roth,                    )    No. CV-13-00908-PHX-SRB
                                           )
10            Plaintiff,                    )    **ORDER**
                                           )
11  vs.                                    )
                                           )
12                                         )
    Town of Quartzsite, et al.,            )
13                                         )
             Defendants.                   )
14                                         )
                                           )
15  _____)

16        IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be

17  dismissed without further notice after September 3, 2013, unless before then Plaintiff has

18  served defendants with the summons and complaint and has filed with the Clerk of the Court

19  proof thereof pursuant to Rule 4(*l*) or has shown good cause for the failure to timely serve.

20
21                   DATED this 26th day of July, 2013.
22
23
24  _____
25                      Susan R. Bolton
                 United States District Judge
26
27
28