UNITED STATES DISTRICT COURT
for the District of Arizona

CV-13-00908-PHX-SRB

Michael Allen Roth,

    Plaintiff,

v.

Town of Quartzsite, et al.,

    Defendant(s).

```
_/_ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     SEP 1 6 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                  DEPUTY
```

**REPLACEMENT**
**AFFIDAVIT OF SERVICE OF A PRIVATE PROCESS SERVER**

STATE OF ARIZONA ) ss.
COUNTY OF LA PAZ )

**The undersigned affiant, being duly sworn on oath states, that I am a Certified/Registered Process Server, Registered in La Paz County, Arizona appointed by the Court, and that on** August 26, 2013 **I received from** Michael Roth **the documents listed below:**

Summons In Civil Action, and Complaint §1983 Action, Jury Trial Demanded.

**and that I personally served true copies of these documents in the manner and upon the persons shown below:**

Jeff Gilbert, Quartzsite Chief of Police, by service of Summons In Civil Action, and Complaint §1983 Action, Jury Trial Demanded upon his wife, Sondra Gayle Gilbert, in person, at their residence at 622 W Cowell Street, Quartzsite, Arizona 85346 on August 26, 2013 at 11:42 a.m..

The Original Affidavit dated August 30, 2013 was mailed to Stewart Rhodes on August 30, 2013.

**Subscribed and sworn to Before Me**

    September 13, 2013

_____
Affiant

_____
Notary Public

*THERESA COCHRAN*
*Notary Public - State of Arizona*
*LA PAZ COUNTY*
*My Commission Expires*
*August 18, 2017*

$  16.00   Service Fee
$   8.00   Affidavit Prep Fee
$  89.28   Mileage Fee (37.2 MI @ 2.40 per MI)
$
$ 113.28   **Total Fee**

**Duce Minor, Private Process Service**
**1321 4ᵗʰ Street ● Parker, Arizona 85344 ● 928-669-8050**