1 **RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
2 Phoenix, AZ 85004-4417
Telephone 602.440.4800
3 Fax 602.257.6992

4 Lisa S. Wahlin (Bar No. 013979)
lwahlin@rcalaw.com
5 *Attorney for Defendants*

6 **UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 8 Michael Allen Roth, | Case No. 2:13-cv-00908-SRB |
| 9 Plaintiff, | **NOTICE OF SERVICE OF DEFENDANTS' INITIAL RULE 26(a) DISCLOSURE STATEMENT** |
| 10 v. | |
| 11 Town of Quartzsite; Jeff Gilbert and Sondra Gayle Gilbert, husband and wife, | |
| 12 | |
| 13 Defendants. | |

14     NOTICE IS HEREBY GIVEN that on December 19, 2013, Defendants Town of

15 Quartzsite, Jeff Gilbert and Sondra Gayle Gilbert, through undersigned counsel, served

16 the following on Plaintiff:

17     1.    Defendants' Initial Rule 26(a) Disclosure Statement.

18     RESPECTFULLY SUBMITTED this 19th day of December, 2013.

19                                     **RYLEY CARLOCK & APPLEWHITE**

20

21                          By   /s/ Lisa S. Wahlin
                                  Lisa S. Wahlin
22                                One North Central Avenue, Suite 1200
                                  Phoenix, AZ 85004-4417
23                                *Attorneys for Defendants*

24

25

26

27

28

3441837.1
12/19/13

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on December 19, 2013, I electronically transmitted the

3  foregoing document to the Clerk's Office using the CM/ECF system for filing and served

4  the foregoing document by mail on the following, who is not a registered participant of

5  the CM/ECF System:

6    Michael Allen Roth
     P.O. Box 422
7    Quartzsite, Arizona 85345
     *Plaintiff Pro Per*

8

9   s/Michele Maul

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28